IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SKF USA INC. | CIVIL ACTION NO. 1:08 CV 1115 |
| Plaintiff, | |
| | JUDGE DOWD |
| v. | |
| HMS INDUSTRIES, LLC | **ORDER FOR PERMANENT INJUNCTION** |
| Defendant. | |

## ORDER

Upon consideration of the Parties' Settlement Agreement and Release, IT IS HEREBY ORDERED that:

Defendant HMS Industries, LLC, its officers, directors, employees, agents, servants, representatives, and in-house attorneys, and those persons in active concert or participation with them, are hereby PERMANENTLY RESTRAINED AND ENJOINED from manufacturing, distributing, advertising, promoting, or selling bearings or related parts and materials that use any marks or names that simulate or infringe upon Plaintiff's SKF® Trademarks or any other counterfeits, copies or comparable imitations thereof.

BY THE COURT:

Dated: November 18, 2008      s/David D. Dowd, Jr.
                              Hon. David D. Dowd, Jr.
                              U.S. District Judge